IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEREME D. TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   2:06-CV-1621-RRA |
| | ) |
| OFFICERS KENNY LOWERY, | ) |
| and STEVEN BESHEARS, | ) |
| | ) |
| Defendants. | ) |

ORDER

The magistrate judge filed a report and recommendation on November 6, 2007, recommending that the defendants' motion for summary judgment be denied as to plaintiff's claim of excessive force against Officers Kenny Lowery and Steven Beshears. The magistrate judge recommended that the claim of verbal abuse against the officers be dismissed. The parties were allowed fifteen (15) days and the defendants' motion for an extension of time was granted for an additional twenty (20) days in which to file written objections to the magistrate judge's recommendations. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. Defendants' motion for summary judgment is therefore due to be and the same is hereby DENIED as to the allegation of excessive force and GRANTED as to the claim of verbal abuse.

Defendants Beshears and Lowery are hereby ORDERED to file an answer within twenty (20) days of the entry date of this order.

DATED this 18th day of January, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE